**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles WILLIAMS, Defendant— Appellant.**

**No. 04–6267.**

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2004.

Decided May 6, 2004.

Charles Williams, Appellant pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Williams appeals the district court's order denying his motion for return of property filed pursuant to Fed. R.Crim.P. 41. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* No. CR–00–8 (E.D.Va. Dec. 22, 2003). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*